

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC YEPEZ, ET AL. | MISC. CASE NO. 17-mc-63 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL. | MAGISTRATE JUDGE HANNA |

### JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Eric Yepez, as Independent Administrator; and Berta A. Yepez as Derivative Claimant, of the Estate of Enrique Ruiz Yepez, Sr., is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___4th___ day of April, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE